CRAWFORD COUNTY BAR ASSOCIATION *v.*
FAUBUS, GOVERNOR OF ARKANSAS, ET AL.

No. 941.   Decided February 28, 1966.*

*Fines F. Batchelor, Jr.,* for appellant in No. 941.   *W. B.
Brady* for appellant in No. 942.

*Bruce Bennett,* Attorney General of Arkansas, *Farrell
E. Faubus,* Assistant Attorney General, and *Jack L.
Lessenberry* for appellees in both cases.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

MR. JUSTICE FORTAS took no part in the consideration
or decision of these cases.

---

*Together with No. 942, *Alexander* v. *Faubus, Governor of
Arkansas, et al.,* also on appeal from the same court.